# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Sean W Broderick | § | Case No. 15-41309 |
| Jennifer Broderick | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee          , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 2,500.00              Assets Exempt: 10,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 8,664.02    Claims Discharged
                                              Without Payment: 628,322.21

Total Expenses of Administration: 1,846.32

---

3) Total gross receipts of $ 10,510.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,510.34 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 432,800.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,846.32 | 1,846.32 | 1,846.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 103,950.74 | 100,235.49 | 100,235.49 | 8,664.02 |
| **TOTAL DISBURSEMENTS** | $ 536,750.74 | $ 102,081.81 | $ 102,081.81 | $ 10,510.34 |

4) This case was originally filed under chapter 7 on 12/07/2015 . The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2018          By:/s/Joji Takada, Chapter 7 Trustee
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bmo Harris | 1129-000 | 746.17 |
| Tax Refund | 1224-000 | 7,593.00 |
| Bank Account | 1229-000 | 2,171.17 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,510.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris N.A., PO Box 5043 Rolling Meadows, IL 60008 | | 200,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris, 111 West Monroe Street Chicago, IL 60603 | | 225,000.00 | NA | NA | 0.00 |
| | Will County Treasurer, Will County Office Building 302 N. Chicago St. Joliet, IL 60432-4059 | | 7,800.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 432,800.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 1,801.03 | 1,801.03 | 1,801.03 |
| Associated Bank | 2600-000 | NA | 45.29 | 45.29 | 45.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,846.32** | **$ 1,846.32** | **$ 1,846.32** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Northern, 230 W Monroe Ste 2850 Chicago, IL 60606 | | 4,328.00 | NA | NA | 0.00 |
| | BMO Harris Bank, Attn: legal Dept/Deana Kenney 111 W Monroe St, Ste 21-E Chicago, IL 60606 | | 99,464.74 | NA | NA | 0.00 |
| | Creditors Discount & A, 415 E Main St Streator, IL 61364 | | 98.00 | NA | NA | 0.00 |
| | I C System Inc, Po Box 64378 Saint Paul, MN 55164 | | 60.00 | NA | NA | 0.00 |
| 1 | Dyck-O"neal, Inc. | 7100-000 | NA | 100,235.49 | 100,235.49 | 8,664.02 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 103,950.74 | $ 100,235.49 | $ 100,235.49 | $ 8,664.02 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-41309 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Sean W Broderick | | | | Date Filed (f) or Converted (c): | 12/07/2015 (f) |
| | Jennifer Broderick | | | | 341(a) Meeting Date: | 12/29/2015 |
| For Period Ending: | 04/15/2018 | | | | Claims Bar Date: | 07/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2007 Chevrolet Suburban | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 2. 1994 Chevrolet Pick Up Truck | 500.00 | 500.00 | | 0.00 | FA |
| 3. Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. Bmo Harris 1045 | 3,746.17 | 0.00 | | 746.17 | FA |
| 6. Bank Account (u) Checking--BMO Harris ending 3105 | 3,671.53 | 2,171.53 | | 2,171.17 | FA |
| 7. Tax Refund (u) | 0.00 | 0.00 | | 7,593.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $15,417.70    $7,671.53    $10,510.34    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Turnover of nonexempt funds. - Joji Takada 6/28/2016

TFR in process. - Joji Takada 11/20/2016

Consult with accountant re: tax return. - Joji Takada 3/14/2017

Prepare TFR and distribution. - Joji Takada 7/10/2017

TFR with UST. - Joji Takada 12/15/2017

TFR approved; Checks issued. - Joji Takada 3/28/2018

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

Initial Projected Date of Final Report (TFR): 12/07/2016　　　　Current Projected Date of Final Report (TFR): 06/30/2018

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-41309 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Sean W Broderick | | Bank Name: | Associated Bank |
| | Jennifer Broderick | | Account Number/CD#: | XXXXXX0288 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX3752 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/15/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/03/16 | | Sean Broderick | Non-exempt funds Turnover of nonexempt bank proceeds and tax refund | | $10,510.34 | | $10,510.34 |
| | | | Gross Receipts $10,510.34 | | | | |
| | 5 | | Bmo Harris $746.17 | 1129-000 | | | |
| | 6 | | Bank Account $2,171.17 | 1229-000 | | | |
| | 7 | | Tax Refund $7,593.00 | 1224-000 | | | |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.61 | $10,495.73 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.10 | $10,480.63 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.58 | $10,465.05 |
| 03/23/18 | 1001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,801.03 | $8,664.02 |
| 03/23/18 | 1002 | Dyck-O''neal, Inc. Po Box 601549 Dallas, Tx 75360-1549 | Final distribution per court order. | 7100-000 | | $8,664.02 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,510.34 | $10,510.34 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,510.34 | $10,510.34 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,510.34 | $10,510.34 |

Page Subtotals: $10,510.34 $10,510.34

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0288 - Checking | $10,510.34 | $10,510.34 | $0.00 |
|  | $10,510.34 | $10,510.34 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $10,510.34 |
| Total Gross Receipts: | $10,510.34 |

Page Subtotals:    $0.00    $0.00